UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                       :
BRYAN-DAVIS,                           :
                        Plaintiff,     :
                                       :
        -against-                      :       06 CV 3373
                                       :
SONY BMG ENTERTAINMENT et. al.         :       ORDER
                                       :
                        Defendants.    :
                                       :
------------------------------------- x

GEORGE B. DANIELS, District Judge:

A conference is scheduled for Thursday, December 3, 2009 at 10:00am.

Dated: September 24, 2009
       New York, New York

                                        SO ORDERED:

                                        *[signature: George B. Daniels]*
                                        GEORGE B. DANIELS
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
SEP 24 2009